BUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                                          Case No.  23-CV-4247-NRM-MMH

        Plaintiff,

        - against -

                                            **NOTICE OF SETTLEMENT**

PURE GREEN NYC WHOLESALE CORP.,

        Defendant.

----------------------------------------------------------X

        Now comes the Plaintiff, Pedro Martinez, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

        1.   The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the Parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

        2.   The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        3.   We respectfully request the Court provide that the parties may seek to reopen the matter in forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
       July 18, 2025

                            SHAKED LAW GOUP, P.C.
                            Attorneys for Plaintiff
                            By: */s/Dan Shaked*_____
                            Dan Shaked, Esq.
                            14 Harwood Court, Suite 415
                            Scarsdale, NY 10583
                            Tel. (917) 373-9128
                            e-mail: ShakedLawGroup@Gmail.com